DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**THE BANK OF NEW YORK MELLON,** f/k/a **THE BANK OF NEW YORK,**
as Trustee for the Certificate holders of **CWALT, INC., ALTERNATIVE
LOAN TRUST 2006-OA7, MORTGAGE PASS-THROUGH
CERTIFICATES, SERIES 2006-OA7,**
Appellants,

v.

**NHON VAN TRAN; MORTGAGE ELECTRONIC REGISTRATION
SYSTEMS, INC.** as Nominee for **FIRST MAGNUS FINANCIAL
CORPORATION, MIN NO. 100039263571615621; PALMETTO PINES
HOMEOWNERS ASSOCIATION, INC.; UNKNOWN TENANT NO. 1;
UNKNOWN TENANT NO. 2;** and **ALL UNKNOWN PARTIES CLAIMING
INTERESTS BY, THROUGH, UNDER OR AGAINST A NAMED
DEFENDANT TO THIS ACTION, OR HAVING OR CLAIMING TO HAVE
ANY RIGHT, TITLE OR INTEREST IN THE PROPERTY HEREIN
DESCRIBED,**
Appellees.

No. 4D16-3935

[August 3, 2017]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Peter D. Blanc, Judge; L.T. Case No. 50-2012-CA-002665-XXXX-MB.

Roy A. Diaz of SHD Legal Group, P.A., Fort Lauderdale, for appellants.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., LEVINE and CONNER, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***